IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN LILLICOTCH,                                    No. C 12-01226 RS

         Plaintiff,                              **CASE MANAGEMENT**
v.                                                  **SCHEDULING ORDER**

NATIONWIDE INSURANCE CO., et al.

         Defendants.
_____/

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 28, 2012.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

      1.    DISCOVERY.  On or before January 25, 2013, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows:  (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of  requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

      2.    EXPERT WITNESSES.  On or before March 15, 2013, all expert discovery shall be completed by the parties.

      3.    FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case Management Conference shall be held on **February 7, 2013 at 10:00 a.m**. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

1    4.    PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
2 Civil Local Rule 7.  All pretrial motions shall be heard no later than May 13, 2013.
3    5.    PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and
4 confer to discuss preparation of a joint pretrial statement, and on or before August 1, 2013, counsel
5 shall file a Joint Pretrial Statement.
6    6.    PRETRIAL CONFERENCE.  The final pretrial conference will be held on **August
7 15, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate
8 Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend
9 personally.
10    7.    TRIAL DATE.  Trial shall commence on **August 26, 2013 at 9:00 a.m.**, in
11 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
12 California.

14    IT IS SO ORDERED.

16 DATED:  7/2/12

    _____
    RICHARD SEEBORG
    United States District Judge

CASE MANAGEMENT SCHEDULING ORDER