JOHN BURNITE (SBN 162223)
SHIVANI NANDA (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
NATIONWIDE MUTUAL INSURANCE
COMPANY (Erroneously named and served herein
as NATIONWIDE INSURANCE COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LILLICOTCH,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY, and DOES 1-30 INCLUSIVE,<br><br>    Defendants. | Case No.: C 12-01226 RS<br><br> ORDER AS MODIFIED BY THE COURT<br>**STIPULATION EXTENDING TIME TO FILE REPLY BRIEF ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF ISSUES** |

Pursuant to Civil Local Rules 6-2 and 7-12, plaintiff John Lillicotch and defendant Nationwide Mutual Insurance Company (erroneously sued herein as Nationwide Insurance Company), state the following. On September 20, 2012, Defendant filed a motion for summary judgment and/or summary adjudication of issues. [Docket No. 16]. On October 4, 2012, Plaintiff filed an opposition to Defendant's motion. [Docket No. 20]. Currently, Defendant's reply brief must be filed with the Court on or before October 11, 2012. The hearing for this motion is scheduled for October 25, 2012 at 1:30 p.m.

The parties, through their undersigned counsel, are currently engaged in settlement discussions in an attempt to informally resolve this dispute. Counsel have met and conferred and agree that it is in the interest of the parties and the interests of justice to allow for additional time to engage in this process and to minimize unnecessary litigation expenses during this time.

---

1
**STIPULATION EXTENDING TIME TO FILE REPLY BRIEF ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION OF ISSUES**
944860.1                                                                                         USDC NDCA Case No.: C 12-01226 RS

Accordingly, the parties hereby request that the filing date for Defendant's reply brief be extended for one week from October 11, 2012, to October 18, 2012. This extension of time does not alter the date of any event or any deadline already fixed by Court Order, particularly the October 25, 2012 hearing date before the Court. No previous stipulation to extend time has been filed with regard to this motion for summary judgment.

**IT IS SO STIPULATED.**

Date: October 10, 2012          INSURANCE LITIGATORS & COUNSELORS

                                By:    /s/ Jospeh John Turri
                                       JOSEPH JOHN TURRI
                                       Attorney for Plaintiff
                                       JOHN LILLICOTCH

Date: October 10, 2012          WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP

                                By:    /s/ Shivani Nanda
                                       JOHN T. BURNITE
                                       SHIVANI NANDA
                                       Attorneys for Defendant
                                       NATIONWIDE MUTUAL INSURANCE
                                       COMPANY (Erroneously named and served herein
                                       as NATIONWIDE INSURANCE COMPANY)

**ORDER**

Good cause appearing therefore, **IT IS HEREBY ORDERED** that the filing deadline for Defendant's reply brief is extended to October 18, 2012. The October 25, 2012 hearing date is moved to November 1, 2012 at ~~1:00~~ 1:30 p.m.

DATED: 10/10/12

                                By  The Honorable Richard Seeborg
                                    United States District Judge

# ATTESTATION CERTIFICATE

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

/s/ Shivani Nanda
SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990
Fax: (415) 434-1370