1  JOHN BURNITE (SBN 162223)
   Email: John.Burnite@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   Email: Shivani.Nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendant
7  NATIONWIDE MUTUAL INSURANCE
   COMPANY (Erroneously named and served herein
8  AS NATIONWIDE INSURANCE COMPANY)

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  JOHN LILLICOTCH,                    Case No.: C 12-01226 RS

13       Plaintiff,
                                        **STIPULATION TO DISMISS WITH**
14  vs.                                 **PREJUDICE; [PROPOSED] ORDER**

15  NATIONWIDE INSURANCE COMPANY,
    and DOES 1-30 INCLUSIVE,
16
         Defendants.
17

18

19       **IT IS HEREBY STIPULATED,** pursuant to Federal Rule of Civil Procedure 41(a)(1), by

20  and between plaintiff John Lillicotch and defendant Nationwide Mutual Insurance Company

21  (erroneously sued herein as Nationwide Insurance Company) through their attorneys of record, as

22  follows:

23       1.   The parties have reached a confidential settlement of all claims asserted or that could

24  have been asserted in this action.

25  ///

26  ///

27  ///

28  ///

2. The parties, through their counsel, stipulate to dismiss this action with prejudice, with each party to bear its own costs and attorneys' fees.

Date: November 5, 2012                 WILSON, ELSER, MOSKOWITZ,
                                       EDELMAN & DICKER LLP


                                       By:   /s/ Shivani Nanda
                                             JOHN T. BURNITE
                                             SHIVANI NANDA
                                             Attorneys for Defendant
                                             NATIONWIDE MUTUAL INSURANCE
                                             COMPANY (Erroneously named and served
                                             herein as NATIONWIDE INSURANCE
                                             COMPANY)

Date: November 5, 2012                 INSURANCE LITIGATORS & COUNSELORS


                                       By:   /s/ Jospeh John Turri
                                             JOSEPH JOHN TURRI
                                             Attorneys for Plaintiff
                                             JOHN LILLICOTCH

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

          /s/ Shivani Nanda
          SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel: (415) 433-0990
Fax: (415) 434-1370

1 **[PROPOSED] ORDER**

2 The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated:  11/5/12                    By: _____
                                       Honorable Richard Seeborg
                                       UNITED STATES DISTRICT COURT JUDGE