1  JOHN BURNITE (SBN 162223)
   Email: John.Burnite@wilsonelser.com
2  SHIVANI NANDA (SBN 253891)
   Email: Shivani.Nanda@wilsonelser.com
3  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4  525 Market Street, 17th Floor
   San Francisco, California 94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendant
7  NATIONWIDE MUTUAL INSURANCE
   COMPANY (Erroneously named and served herein
8  AS NATIONWIDE INSURANCE COMPANY)

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOHN LILLICOTCH,                       | Case No.: C 12-01226 RS

13 |     Plaintiff,
                                            | **STIPULATION TO DISMISS WITH**
14 | vs.                                    | **PREJUDICE; [PROPOSED] ORDER**

15 | NATIONWIDE INSURANCE COMPANY,
   | and DOES 1-30 INCLUSIVE,
16
   |     Defendants.
17

18

19     **IT IS HEREBY STIPULATED,** pursuant to Federal Rule of Civil Procedure 41(a)(1), by

20 and between plaintiff John Lillicotch and defendant Nationwide Mutual Insurance Company

21 (erroneously sued herein as Nationwide Insurance Company) through their attorneys of record, as

22 follows:

23     1.    The parties have reached a confidential settlement of all claims asserted or that could

24 have been asserted in this action.

25 ///

26 ///

27 ///

28 ///

---

1
**STIPULATION TO DISMISS WITH PREJUDICE**
USDC NDCA CASE NO. C 12-01226 RS

1    2.   The parties, through their counsel, stipulate to dismiss this action with prejudice, with each party to bear its own costs and attorneys' fees.

Date:   November 5, 2012            WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                                    By:   /s/ Shivani Nanda
                                          JOHN T. BURNITE
                                          SHIVANI NANDA
                                          Attorneys for Defendant
                                          NATIONWIDE MUTUAL INSURANCE
                                          COMPANY (Erroneously named and served
                                          herein as NATIONWIDE INSURANCE
                                          COMPANY)

Date:   November 5, 2012            INSURANCE LITIGATORS & COUNSELORS


                                    By:   /s/ Jospeh John Turri
                                          JOSEPH JOHN TURRI
                                          Attorneys for Plaintiff
                                          JOHN LILLICOTCH

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

           /s/ Shivani Nanda
           SHIVANI NANDA

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370

1 **[PROPOSED] ORDER**

The parties having stipulated that the above-entitled action, and all claims for relief therein, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.**

Dated:  11/5/12            By: _____
                               Honorable Richard Seeborg
                               UNITED STATES DISTRICT COURT JUDGE